IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

RALPH JASON MILLER

_____/

INDICTMENT

4:14cr45-RH/CAS

THE GRAND JURY CHARGES:

COUNT ONE

On or about January 8, 2012, in the Northern District of Florida, the defendant,

**RALPH JASON MILLER,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, A.H.R., to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and these depictions were produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 3559(e).

## COUNT TWO

On or about April 7, 2012, in the Northern District of Florida, the defendant,

**RALPH JASON MILLER,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, A.H.R., to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and these depictions were produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 3559(e).

## COUNT THREE

On or about July 30, 2012, in the Northern District of Florida, the defendant,

**RALPH JASON MILLER,**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, A.H.R., to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and these depictions were produced using materials that had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e), and 3559(e).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253. From his engagement in the violations alleged in Counts One through Three of this Indictment, the defendant,

**RALPH JASON MILLER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

A. Any visual depiction or other matter containing such visual depiction or image of child pornography that was produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Three of this Indictment;

B. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Three of this Indictment; and

C. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Three of this Indictment.

D. The property referenced in paragraphs A, B, and C above includes, but is not limited to, computer and electronic equipment, cameras, software, cellular telephones, storage media, and storage devices.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of the Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

Redacted

DATE July 1, 2014

*[signature]*
PAMELA C. MARSH
United States Attorney

*[signature]*
MICHAEL T. SIMPSON
Assistant United States Attorney

4